IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                          PLAINTIFF

vs.                              Civil No. 4:09-mj-04007

GUSTAVO AGUIRRE-PONCIANO                                          DEFENDANT

## REPORT AND RECOMMENDATION

On April 2, 2009, the Government filed a Motion to Dismiss, requesting that the charges against Defendant Gustavo Aguirre-Ponciano be dismissed. (Doc. No. 7). The Government requests that this case be dismissed because the venue is improper. The Government asserts that the proper venue for this case is in the Eastern District of Arkansas. Considering this Motion, this Court finds it is well-taken and recommends that it be **GRANTED** without prejudice. The undersigned recommends that this case be dismissed without prejudice to refiling.

**The parties have ten (10) days from receipt of this Report and Recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger *de novo* review by the district court.** *See  Thompson v. Nix*, 897 F.2d 356, 357 (8th Cir. 1990).

ENTERED this 12th day of May, 2009.

/s/   Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE