IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

VS.                                          CASE NO. 4:09-mj-04007

GUSTAVO AGUIRRE-PONCIANO                                                          DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed on May 12, 2009, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. No. 8). Ten (10) days have passed without objections being filed by the parties. The Court adopts *in toto* the Magistrate Judge's findings and recommendations.

The Court finds that the government's Motion to Dismiss should be and hereby is **granted**. Accordingly, the above styled and numbered case is hereby dismissed without prejudice to refiling.

IT IS SO ORDERED, this 16th day of June, 2009.

/s/Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge